UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                        CASE NO. 8:15-cr-466-T-17EAJ

HARVEY A. PEARL

**FORFEITURE MONEY JUDGMENT**

Pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the United States moves for a forfeiture money against defendant Harvey A. Pearl in the amount of $434,913.00, representing the proceeds he obtained as the result of the health care fraud scheme as charged in Count One of the Information, which upon entry will be a final order of forfeiture as to the defendant.

The defendant pleaded guilty and was adjudged guilty of devising a scheme to defraud Medicare, in violation of 18 U.S.C. § 1347. As a result of this offense, the defendant obtained $434,913.00 in proceeds to which he was not entitled. Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 982(a)(7) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the defendant is liable to the United States of America for a forfeiture money judgment in the amount of $434,913.00.

Case No. 8:15-CR-466-T-17EAJ

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. Sec. 853(p), as incorporated by 18 U.S.C. Sec. 982(b)(1), as a substitute asset to satisfy the defendant's money judgment.

**DONE and ORDERED** in Tampa, Florida on February 1, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record