UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:15-CR-466-T-17AAS

HARVEY A. PEARL.

_____/

ORDER

This cause is before the Court on:

Dkt. 46    Motion to Unseal

The United States of America requests that the Court unseal the entire sentencing transcript in this case.

Defendant Harvey A. Pearl was sentenced on October 21, 2016. During the sentencing hearing, the Court permitted the Government to supplement the Sec. 5K1.1 Motion at sidebar. (Dkts. 34, 35). The Government provided the Court with additional information which the Court considered in determining Defendant Pearl's sentence. The portion of Defendant Pearl's sentencing that was conducted at sidebar was sealed by the Court.

The Government anticipates that Defendant Pearl will be called to testify in Case No. 8:17-CR-301-T-24AAS, United States v. Richard Martin. The Government requests that the sealed portion of Defendant Pearl's sentencing be unsealed so the Government can comply with its Rule 16 obligation in Case No. 8:17-CR-301-T-24AAS.

After consideration, the Court grants the Government's Motion to Unseal the sealed portion of Defendant Pearl's sentencing. Accordingly, it is

Case No. 8:15-CR-466-T-17AAS

**ORDERED** that the Government's Motion to Unseal the transcript of the sidebar of Defendant Pearl's sentencing on October 2016 is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 4th day of January, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record